**Order filed, January 31, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00906-CV

_____

**REICH & BINSTOCK, LLP, Appellant**

**V.**

**ROBERT SCATES, INDIVIDUALLY AND D/B/A SCATES ENGINEERING CONSULTANTS, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-46208**

---

## ORDER

The reporter's record in this case was due **October 23, 2013**. *See* Tex. R. App. P. 35.1. On **October 28, 2013** Gina Wilburn notified the court that no payment arrangements had been made for the record. On **November 13, 2013**, the appellant provided proof of payment for the reporter's record. On **November 20, 2013** Gina Wilburn filed a motion for extension of time to file the record which

was GRANTED to **January 25, 2014**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Wilburn** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM